# United States Bankruptcy Court
## Central District of Illinois

In re    **Bass Street Moline, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cumberworth Investments, LLC 3223 12th Avenue Moline, IL 61265** | | **51%** | **Membership Interest** |
| **RJR Restaurant LLC 2332 28th Street Moline, IL 61265** | | **25%** | **Membership Interest** |
| **WTF Restaurants LLC 1115 10th Street Moline, IL 61265** | | **24%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 29, 2022**

Signature    **/s/ David Yordy**

**David Yordy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bass Street Moline, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **85-2640484** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1425 River Drive**<br>**Moline, IL 61265**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Rock Island**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.bassstreetchophouse.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Bass Street Moline, LLC**
_____
Name

Case number (*if known*) _____

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____2511____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

Debtor   **Bass Street Moline, LLC**

Name                                          Case number (*if known*)

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

7/29/22 12:04PM

Debtor   **Bass Street Moline, LLC**

Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*)

| Debtor | **Bass Street Moline, LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July 29, 2022**
MM / DD / YYYY

**X** **/s/ David Yordy**                                      **David Yordy**
Signature of authorized representative of debtor              Printed name

Title     **Member/Manager**

**18. Signature of attorney**

**X** **/s/ Dale G. Haake**                         Date   **July 29, 2022**
Signature of attorney for debtor                           MM / DD / YYYY

**Dale G. Haake 03124381**
Printed name

**Katz Nowinski P.C.**
Firm name

**1000 36th Avenue**
**Moline, IL 61265**
Number, Street, City, State & ZIP Code

Contact phone   **309/797-3000**        Email address   **dhaake@katzlawfirm.com**

**03124381 IL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name **Bass Street Moline, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 29, 2022__        X /s/ David Yordy
                        Signature of individual signing on behalf of debtor

                        **David Yordy**
                        Printed name

                        **Member/Manager**
                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Bass Street Moline, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aramark 1000 Brady Street Davenport, IA 52803** | | | | | | **$2,723.50** |
| **BankOrion 5301-44th Avenue Moline, IL 61265** | | Loan No. 6500 | | | | **$27,813.79** |
| **BankOrion 5301-44th Avenue Moline, IL 61265** | | Loan No. 6461 | | | | **$20,075.00** |
| **BankOrion 5301 44th Avenue Moline, IL 61265** | | Loan No. 6399 | | | | **$93,021.85** |
| **Bi-State Regional Commission 1504 Third Avenue Rock Island, IL 61201** | | | | | | **$154,797.65** |
| **BizFund LLC 2371 McDonald Avenue 2nd Floor Brooklyn, NY 11223** | | | | | | **$47,000.00** |
| **Build to Suit 1805 State Street Bettendorf, IA 52722** | | | | | | **$94,148.75** |
| **Cintas Corp. P.O. Box 650838 Dallas, TX 75265** | | | | | | **$82,000.00** |
| **City of Moline 1630 8th Avenue Moline, IL 61265** | | Taxes | | | | **Unknown** |
| **City of Moline Water Dept. 1630 8th Avenue Moline, IL 61265** | | | | | | **$2,742.26** |

Debtor **Bass Street Moline, LLC**
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **D & K Home Produccts 345 W 76th Street Davenport, IA 52806** | | | | | | **$4,046.19** |
| **Dan Cone Group 2408 40th Avenue Moline, IL 61265** | | | | | | **$11,000.00** |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | | | | | | **$77,000.00** |
| **LCA Bank Corporation 3150 Livernols Road Suite 300 Troy, MI 48083** | | | | | | **$4,500.00** |
| **Lendini 3220 Tilman Drive Suite 200 Bensalem, PA 19020** | | | | | | **$66,015.00** |
| **MidAmerican Energy PO Box 8020 Davenport, IA 52808-8020** | | | | | | **$4,486.07** |
| **Moline Hotel LLC 1415 River Drive Moline, IL 61265** | | **Rent - Inv: 68,75,76,83,84** | | | | **$32,751.29** |
| **Moline Hotel LLC 1415 River Drive Moline, IL 61265** | | **Construction Loan** | | | | **$238,000.00** |
| **Performance Food Group TPC 8001 51st St W Rock Island, IL 61201** | | | | | | **$60,500.00** |
| **Tri-City Equipment 527 W 4th Street Davenport, IA 52801** | | | | | | **$6,630.86** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

**Fill in this information to identify the case:**

Debtor name   **Bass Street Moline, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*.................................................................................   $      **0.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*..............................................................................   $      **0.00**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................................   $      **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................   $      **95,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$      **956,784.62**

4. Total liabilities ................................................................................................................
Lines 2 + 3a + 3b    $      **1,051,784.62**

**Fill in this information to identify the case:**

Debtor name __**Bass Street Moline, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,000.00** | **Unknown** |
|---|---|---|---|---|

**City of Moline**
**1630 8th Avenue**
**Moline, IL 61265**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Illinois Department of Labor**
**160 N. LaSalle Street, Suite 1300**
**Chicago, IL 60601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number __**0484**__

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Bass Street Moline, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Department of Revenue**
**Bankruptcy Section**
**PO Box 64338**
**Chicago, IL 60664-0338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number **0484**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77,000.00 | $77,000.00 |
|---|---|---|---|---|

**Illinois Department of Revenue**
**Bankruptcy Section**
**PO Box 64338**
**Chicago, IL 60664-0338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1829**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Dept of Employment**
**Security**
**2323 East Lincolnway**
**Sterling, IL 61081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number **0484**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 21126**
**Philadelphia, PA 19114-0326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number **0484**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Bass Street Moline, LLC** | Case number *(if known)* | |
|--------|------------------------------|----------------------------|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.38**

**Advanced Pest Solution**
1895 Middle Road
Bettendorf, IA 52722

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,723.50**

**Aramark**
1000 Brady Street
Davenport, IA 52803

Date(s) debt was incurred _

Last 4 digits of account number **9785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,075.00**

**BankOrion**
5301-44th Avenue
Moline, IL 61265

Date(s) debt was incurred _

Last 4 digits of account number **6461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan No. 6461**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,021.85**

**BankOrion**
5301 44th Avenue
Moline, IL 61265

Date(s) debt was incurred _

Last 4 digits of account number **6399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan No. 6399**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219.42**

**BankOrion**
5301-44th Avenue
Moline, IL 61265

Date(s) debt was incurred _

Last 4 digits of account number **6751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan No. 6751**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,813.79**

**BankOrion**
5301-44th Avenue
Moline, IL 61265

Date(s) debt was incurred _

Last 4 digits of account number **6500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan No. 6500**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154,797.65**

**Bi-State Regional Commission**
1504 Third Avenue
Rock Island, IL 61201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bass Street Moline, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,000.00** |
|---|---|---|---|

**BizFund LLC**
**2371 McDonald Avenue**
**2nd Floor**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,148.75** |
|---|---|---|---|

**Build to Suit**
**1805 State Street**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0053**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,000.00** |
|---|---|---|---|

**Cintas Corp.**
**P.O. Box 650838**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,742.26** |
|---|---|---|---|

**City of Moline Water Dept.**
**1630 8th Avenue**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1580**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,046.19** |
|---|---|---|---|

**D & K Home Producects**
**345 W 76th Street**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6899**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**Dan Cone Group**
**2408 40th Avenue**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fox Capital Group Inc.**
**1920 E Hallandale Beach BLVD,**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Bass Street Moline, LLC**
_____          Case number (if known) _____
Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|
| | **Funding Metrics, LLC** | ☐ Contingent | |
| | **884 Town Center Drive** | ☐ Unliquidated | |
| | **Langhorne, PA 19047** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$884.94** |
|------|---|---|---|
| | **Great American Financial** | ☐ Contingent | |
| | **PO Box 660831** | ☐ Unliquidated | |
| | **Dallas, TX 75266** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1001** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|------|---|---|---|
| | **LCA Bank Corporation** | ☐ Contingent | |
| | **3150 Livernols Road** | ☐ Unliquidated | |
| | **Suite 300** | ☐ Disputed | |
| | **Troy, MI 48083** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5001** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,015.00** |
|------|---|---|---|
| | **Lendini** | ☐ Contingent | |
| | **3220 Tilman Drive** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Bensalem, PA 19020** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3782** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$496.65** |
|------|---|---|---|
| | **Mediacom** | ☐ Contingent | |
| | **3900 26th Avenue** | ☐ Unliquidated | |
| | **Moline, IL 61265** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7494** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,486.07** |
|------|---|---|---|
| | **MidAmerican Energy** | ☐ Contingent | |
| | **PO Box 8020** | ☐ Unliquidated | |
| | **Davenport, IA 52808-8020** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5074** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$295.00** |
|------|---|---|---|
| | **Midland Technologies** | ☐ Contingent | |
| | **316 E. 29th Street** | ☐ Unliquidated | |
| | **Davenport, IA 52803** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5028** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Bass Street Moline, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,751.29** |
|---|---|---|---|

**Moline Hotel LLC**
**1415 River Drive**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent - Inv: 68,75,76,83,84**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00** |
|---|---|---|---|

**Moline Hotel LLC**
**1415 River Drive**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Construction Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,500.00** |
|---|---|---|---|

**Performance Food Group TPC**
**8001 51st St W**
**Rock Island, IL 61201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5768**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.20** |
|---|---|---|---|

**PerMar Security Services**
**PO Box 1101**
**Davenport, IA 52806-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1101**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$716.60** |
|---|---|---|---|

**Pure Wine Company**
**16W285 83rd Street**
**Suite A**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,103.55** |
|---|---|---|---|

**Riffle**
**330 Brady Street**
**Davenport, IA 52801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,630.86** |
|---|---|---|---|

**Tri-City Equipment**
**527 W 4th Street**
**Davenport, IA 52801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bass Street Moline, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.67 |
|---|---|---|---|

**Triton Imaging System**
**31320 Via Colinas**
**West Lake Village, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **S120**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian Schechter**<br>**2371 McDonald Avenue**<br>**Brooklyn, NY 11223** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Lieberman and Klestzick LLP**<br>**71 S. Central Avenue**<br>**Valley Stream, NY 11580** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Shanna M. Kaminski**<br>**40950 Woodward Avenue**<br>**Suite 100**<br>**Bloomfield Hills, MI 48304** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 95,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 956,784.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,051,784.62 |

# United States Bankruptcy Court
## Central District of Illinois

In re  **Bass Street Moline, LLC** _____    Case No. _____

                                    Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 29, 2022** _____        **/s/ David Yordy** _____
                                    **David Yordy**/**Member/Manager**
                                    Signer/Title

# United States Bankruptcy Court
## Central District of Illinois

In re    **Bass Street Moline, LLC** _____

Debtor(s)

Case No. _____

Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bass Street Moline, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cumberworth Investments, LLC**
**3223 12th Avenue**
**Moline, IL 61265**

**RJR Restaurant LLC**
**2332 28th Street**
**Moline, IL 61265**

**WTF Restaurants LLC**
**1115 10th Street**
**Moline, IL 61265**

☐ None [*Check if applicable*]

**July 29, 2022** _____

Date

/s/ Dale G. Haake _____

**Dale G. Haake 03124381**

Signature of Attorney or Litigant
Counsel for   **Bass Street Moline, LLC**

**Katz Nowinski P.C.**
**1000 36th Avenue**
**Moline, IL 61265**
**309/797-3000 Fax:309/797-3330**
**dhaake@katzlawfirm.com**