UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BASS STREET MOLINE, LLC, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor in Possession. ) | Case No. 22-80459 |
| ) | |

**MOTION FOR ENTRY OF ORDER**
**AUTHORIZING USE OF CASH COLLATERAL**

NOW COMES BASS STREET MOLINE, LLC, Chapter 11 Debtor in Possession, Applicant, by its Attorneys, Katz Nowinski P.C. and for its Motion for Entry of Order Authorizing Use of Cash Collateral pursuant to 11 U.S.C. §363(c)(2)(b), (c)(3) and FRBP 4001 (b), states:

1. On July 29, 2022, (hereinafter "Debtor in Possession" or "Bass Street") filed its Petition under Chapter 11 of Title 11, Subchapter V United States Code.

2. Bass Street remains in possession of his estate and remains in control of its business and is continuing to operate in the ordinary course with the exceptions required by the Office of the United States Trustee and the Bankruptcy Code (11 U.S.C §1108).

3. Bass Street is a Limited Liability Company engaged in the restaurant business.

4. As a result of its ongoing restaurant business, Bass Street's revenue is $140,000 to $160,000 or more per month.

5. Debtor in Possession's receipts are primarily through credit cards which are processing through "Shift 4" and in which, arguably, several creditors claim as their

collateral: Funding Metrics LLC d/b/a Lendini, Bizfund Pro LLC, and Fox Capital Group, Inc. Debtor in Possession desires to partially fund its business expenses, and portions of the plan by a resumption of such payments.

6. Such payments (arguably) constitute "Cash Collateral."

7. As a part of the ongoing restaurant operation, payments are received, and bills incurred.

8. As of the date of the filing, the above creditors appear to be holders of obligations in the approximate combined amount of $210,000 which is, or may be, secured by, among other categories of property, the accounts receivable and or cash receipts or deposits of the Chapter 11 Debtor in Possession.

9. It is absolutely crucial that Bass Street have permission to use such cash collateral as it is received for the payment of employees, 941 taxes, unemployment taxes, rent, insurance, employment taxes, Schedule G executory contract holders for any obligations, for insurance and fees, costs of banking relationships, professional (legal and accounting), and other expenses.

10. Bass Street reserves the right to object to any secured status or amount due (without a proper accounting).

11. Attached hereto as Exhibit 1 is a true and correct copy of a schedule of anticipated revenue and expenses for the short term. The anticipated expenses are based on historical numbers and current best estimates going forward and do not fully include certain administrative expenses such as a full amount of short-term attorney's fees and accountant's fees (if necessary) and the like. These will be further revised for the process

of confirmation and Plan.

12.     The Debtor in Possession has contemporaneously sought the agreement of Fox Capital Group via telephone calls and emails to and with Attorney Shanna Kaminski, and Funding Metrics, LLC by and through Attorneys Paulette Yiambilis and (soon) Anthony F. Giuliano for the use of such cash collateral, but needless to say, files this motion almost contemporaneously with the Petition, to obtain an agreement or an order as soon as possible to disrupt as little as possible this ongoing business, in the event an agreement is not made.

13.     Debtor in Possession offers on a short term basis for the duration of any order approving cash collateral usage, a replacement lien on such collateral to the extent necessary, reserving all rights to object to perfection and to amounts claimed as due, requests that the Court allow its use of cash collateral for the ongoing operations and for any other purpose consistent with Chapter 11, and in the ordinary course of business, not including any payment prohibited by the Code or payment conditioned upon court approval for the period of 120 days.

WHEREFORE BASS STREET MOLINE, LLC, Subchapter V, Chapter 11 Debtor in Possession, requests that this Court enter an order granting its use of cash collateral and allowing it to use such cash collateral for its normal budgetary purposes and for Chapter 11 purposes as stated in this motion and for such other and further relief as is just and proper.

        BASS STREET MOLINE, LLC, Subchapter V, Chapter 11 Debtor-In-Possession,

        By: */s/ Dale G. Haake*
            Dale G. Haake

        By: */s/ Aaron M. Curry*
            Aaron M. Curry

Dale G. Haake (03124381)
Aaron M. Curry (06326786)
KATZ NOWINSKI P.C.
1000 36th Avenue
Moline, IL 61265
Telephone:  309-797-3000
Email: dhaake@katzlawfirm.com
S:\DGH\PLEAD\Bass.street.Mtn.Use.Cash.Collateral.docx

4

# **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Motion to Use Cash Collateral was served upon all parties to the above cause, to each of the attorneys of record herein, at the respective addresses or via electronic service set forth below on August 4, 2022.

**22-80459 Notice will be electronically mailed to:**

Sumner A. Bourne on behalf of Interested Party Clean Energy Renewables, LLC
notices@rafoolbourne.com, archivelegal9@gmail.com;bournesr78612@notify.bestcase.com

Dale G Haake on behalf of Debtor Bass Street Moline, LLC
dhaake@katzlawfirm.com,
vkennedy@katzlawfirm.com;kkeller@katzlawfirm.com;haakedr85771@notify.bestcase.com

Shanna M. Kaminski on behalf of Interested Party Fox Capital Group, Inc.
skaminski@kaminskilawpllc.com

Paul A Osborn on behalf of Creditor BankORION
osborn@wmpj.com

Sabrina M Petesch on behalf of U.S. Trustee U.S. Trustee
sabrina.m.petesch@usdoj.gov

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

Steven Wallace
steven@ghalaw.com

Steven M. Wallace on behalf of Trustee Steven Wallace
steven@ghalaw.com, denise@ghalaw.com

Jamie Fowler Wiley on behalf of U.S. Trustee U.S. Trustee
jamie.wiley@usdoj.gov

**22-80459 Notice will not be electronically mailed to:**


Courtesy copy to:

Bass Street Moline, LLC
1425 River Drive
Moline, IL 61265


/s/ Dale G. Haake

Dale G. Haake (03124381)
Katz Nowinski P.C.
1000 36th Avenue
Moline, IL 61265
309-797-3000
dhaake@katzlawfirm.com

| | |
|---|---|
| Sales | $160,000.00 |
| Liquor Beer Wine | $41,177.00 |
| Food Sales | $118,823.00 |
| | |
| Costs | |
| Food Costs | $43,964.51 |
| LBW cost | $10,294.25 |
| Other Supplies | $8,000.00 |
| Linen | $2,000.00 |
| Labor | $43,200.00 |
| Chemicals and Dish Lease | $800.00 |
| Contract Services | $550.00 |
| Gas + Elec | $4,200.00 |
| Mediacom | $499.00 |
| Water | $800.00 |
| Extermination | $125.00 |
| Marketing | $1,000.00 |
| Credit Card Fees | $4,000.00 |
| | |
| Security | $160.00 |
| Rent and Cam Costs | $10,425.00 |
| Trash | $550.00 |
| Insurance | $2,000.00 |
| POS System | $500.00 |
| cleaning | $3,200.00 |
| Repairs and Maintenance | $500.00 |
| Travel | $600.00 |
| | |
| Chapter 11 Trustee | $5,000.00 |
| Debt Service | $12,000.00 |
| Prof Services (legal/acct) | $2,000.00 |
| | |
| | $156,367.76 |

EXHIBIT 1