UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BASS STREET MOLINE, LLC, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | Case No. 22-80459 |
| | ) | |

**MOTION FOR AUTHORITY TO RATIFY PAYMENT
TO PRE-PETITION VENDOR *NUNC PRO TUNC***

NOW COMES BASS STREET MOLINE, LLC, Subchapter V, Chapter 11 Debtor in Possession, Movant, by its Attorneys, Katz Nowinski P.C. and moves this court for an order allowing and/or ratifying payment to a pre-petition vendor, and in support, states:

1. Debtor filed a Petition under Subchapter V Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §101 *et seq.*) on July 29, 2022, and it is acting as Debtor in Possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §1408.

3. Performance Foods Group ("PFG") is a key supplier and vendor of the Debtor in Possession. PFG provides nearly all of the Debtor in Possession's food and beverage inventory. As a high-end Quad Cities and region restaurant, this is crucial for the continued operation of the business and operations of the Debtor in Possession.

4. As stated above, the Chapter 11 petition was filed July 29, 2022. On that date, Bass Street wrote a check to PFG for a little over $21,000.00 for a recent delivery of such inventory to Bass Street.

5. BankOrion honored this check.

6. In a technical sense, this check is subject to a clawback action under 11 U.S.C. §529. This payment should be allowed and not subject to such clawback as it was made to a key vendor.

7. Allowing the payment is critical and preserves the ongoing value of the Debtor in Possession for the benefit of the estate, its creditors, and employees.

8. Honoring this payment is necessary and essential to accomplishing this task. Clawing back this payment might result in a cut-off of Debtor in Possession's essential supplies which would result in a closure of the business.

9. The Debtor in Possession and PFG have a long-standing and stable relationship. This payment is essential to preserve and protect the relationship. Other options in the Quad Cities area are not near as beneficial to this high-end restaurant.

10. PFG agrees to this Motion but also, in signing off, agrees to continue to supply Bass Street as a critical and key vendor.

11. By way of information only, as an additional request, and as a further incentive to continue to supply in this manner, PFG has requested an administrative claim for some or all of its remaining pre-petition debt and/or other protection or payment, and would file its own motion to obtain such a position and relief.

WHEREFORE, Bass Street Moline, LLC requests that this Court enter an order *nunc pro tunc*:

(1) Allowing such post-petition payment for PFG's pre-petition debt, and

(2) For such other and further relief as this Court deems just and proper.

        BASS STREET MOLINE, LLC, Subchapter V, Chapter 11 Debtor-In-Possession,

By: /s/ Dale G. Haake
       Dale G. Haake

By:/s/ Aaron M. Curry
       Aaron M. Curry

By:/s/ Kaneta D. Keller
       Kaneta D. Keller

Dale G. Haake (03124381)
Aaron M. Curry (06326786)
Kaneta D. Keller
KATZ NOWINSKI P.C.
1000 36th Avenue
Moline, IL 61265
Telephone:  309-797-3000
Email: dhaake@katzlawfirm.com
S:\DGH\PLEAD\Bass.Street.Motion for Authority.docx

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all parties to the above cause, to each of the attorneys of record herein, at the respective addresses or via electronic service set forth below on September 8, 2022.

**22-80459 Notice will be electronically mailed to:**

Sumner A. Bourne on behalf of Interested Party Clean Energy Renewables, LLC
notices@rafoolbourne.com, archivelegal9@gmail.com;bournesr78612@notify.bestcase.com

Dale G Haake on behalf of Debtor Bass Street Moline, LLC
dhaake@katzlawfirm.com,
vkennedy@katzlawfirm.com;kkeller@katzlawfirm.com;haakedr85771@notify.bestcase.com

Shanna M. Kaminski on behalf of Interested Party Fox Capital Group, Inc.
skaminski@kaminskilawpllc.com

Paul A Osborn on behalf of Creditor BankORION
osborn@wmpj.com

Sabrina M Petesch on behalf of U.S. Trustee U.S. Trustee
sabrina.m.petesch@usdoj.gov

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

Steven Wallace
steven@ghalaw.com

Steven M. Wallace on behalf of Trustee Steven Wallace
steven@ghalaw.com, denise@ghalaw.com

Jamie Fowler Wiley on behalf of U.S. Trustee U.S. Trustee
jamie.wiley@usdoj.gov

Anthony Giuliano for Funding Metrics LLC
giulianolawpc@gmail.com and afg@glpcny.com

**22-80459 Notice will not be electronically mailed to:**

Courtesy copy to:

Bass Street Moline, LLC
1425 River Drive
Moline, IL 61265

/s/ Dale G. Haake
Dale G. Haake (03124381)
Katz Nowinski P.C.
1000 36th Avenue
Moline, IL 61265
309-797-3000
dhaake@katzlawfirm.com

5